M. P. No. 400. Re: Petition of Constantine J. O'Rourke. Petition for trial denied. *Carroll & Dwyer, John G. Carroll,* for petitioner. *Paul J. Bordieri,* for respondent.

### April 15, 1968.

M. P. No. 412. Marvin Shiller and Warren L. Schwerin, d.b.a. Omega Properties *v.* Raymond Gemma and Marjorie H. Gemma and the Superior Court. Motion to file petition for certiorari granted, limited to review of Superior Court order requiring indemnity bond. Motion to modify order of April 2, 1968 granted and stay order modified to the extent that papers are remanded to Superior Court for hearing on bill of complaint. Order requiring indemnity bond stayed until further order of Court. *Raymond J. Surdut,* for plaintiffs. *Kirshenbaum & Kirshenbaum, Alfred Factor,* for defendants.

### April 16, 1968.

M. P. No. 362. Edward J. Andrews *v.* Harold V. Langlois, *Warden.* Petition for writ of habeas corpus granted. *Corinne P. Grande,* for petitioner. *Herbert F. DeSimone,* Attorney General, *Donald P. Ryan,* Assistant Attorney General, for respondent.

M. P. No. 397. Oswald A. Thomas. in his capacity as *Colonel and Commanding Officer of Bristol Train of Artillery, R.I.M. v.* Arthur R. Roderick. Vincent Vaccaro, Conrad A. Beauregard, James Walker, and Frank Marabello, *members of Town Council, Bristol.* Motion for leave to file petition for writ of certiorari denied. *Raymond A. Thomas,* for petitioner. *Ralph C. DeLucia,* Town Solicitor, for defendants.

### April 23, 1968.

M. P. No. 421. Ronald W. Gibson *v.* Angela Dellavechia and Nancy E. McLelland. Motion of defendants to file peti-